**Order entered November 19, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00607-CV

### PETER BEASLEY, Appellant

### V.

### SOCIETY OF INFORMATION MANAGEMENT, DALLAS AREA CHAPTER; JANIS O'BRYAN; AND NELLSON BURNS, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-1 8-05278**

## ORDER
Before Chief Justice Burns, Justice Molberg, and Justice Nowell

Before the Court is appellant's first supplemental second motion for rehearing. We **DENY** the supplemental motion.

/s/    KEN MOLBERG
JUSTICE